FOR OFFICE USE ONLY

ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney
California Bar No. 116429
robert.lester@usdoj.gov
    Room 7516-AA Federal Building
    300 North Los Angeles Street
    Los Angeles, CA  90012
    Telephone: (213) 894-2464
    Fax No.:   (213) 894-5900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **CV 12-10005-ODW(AJWx)** |
| Plaintiff, | [CR 10-0229-ODW] |
| v. | **CLERK'S NOTICE OF POSTJUDGMENT GARNISHMENT** |
| BRUCE D. COWEN, | |
| Defendant. | [HON. OTIS D. WRIGHT II] |

FOR OFFICE USE ONLY

TO BRUCE D. COWEN:

You are hereby notified that the funds held by garnishee WELLS FARGO BANK are being taken by the United States of America (the Government), which has a court judgment in the above-captioned case in the amount of $2,833,888.62. As of January 8, 2013, the total principal balance is $1,330,141.60 (i.e., excluding interest).

The Federal Debt Collection Procedures Act requires the garnishee to file an Answer to the writ of garnishment. 28 U.S.C. § 3205(c)(4). In the Answer, the garnishee is required to state whether it has custody, control, or possession of property belonging to the judgment debtor, a description of the property and a statement or its value, a description of any previous garnishments of the property, and the amount that the garnishee anticipates owing the judgment debtor in the future.

The Act further provides that within 20 days following the receipt of an Answer, either the United States or the judgment debtor may file a written objection to the answer, and request a hearing. The objection shall identify the party filing it and shall state the grounds for the objection to the Answer. 28 U.S.C. § 3205(c)(5). The Court shall conduct a hearing on the objection to the Answer of the garnishee within 10 days after service of the request, or as soon thereafter as practicable. *Id.* Any objection to an Answer filed by a garnishee must be set forth in a pleading and filed by the judgment debtor or the United States with the Clerk of the United States District Court.

///
///

If no objection to the Answer of the garnishee is filed, and no request for a hearing is received by the Court, the Court shall promptly enter an order directing the garnishee as to the disposition of the debtor's nonexempt interest in the garnished property. If a hearing is timely requested, the order for disposition of the property shall be entered by the Court within five (5) days after the hearing, or as soon as practicable. 28 U.S.C. § 3205(c)(7).

In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the State of California.

You have a right to ask the Court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the exemptions.

You must either mail your request for hearing, or deliver it in person, to the Clerk of the United States District Court at 312 North Spring Street, Los Angeles, California 90012. You must also send a copy of your request to the United States Attorney at Room 7516AA-Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012, Attention: Financial Litigation Unit, so the Government will know you want a hearing. If you wish, you may use the attached form to request the hearing.

The hearing will take place within five (5) days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

1  At the hearing, you may explain to the judge why you believe
2  the property the Government has taken is exempt or if you think
3  you do not owe the money to the United States Government that it
4  says you do. If you do not request a hearing within 20 days of
5  receiving this notice, your property may be sold at public
6  auction with the proceeds applied toward the money you owe the
7  Government.
8  If you think you live outside the federal judicial district
9  in which the Court is located, you may request, no later than
10 20 days after you receive this notice, that this proceeding
11 to take your property be transferred by the Court to the federal
12 judicial district in which you reside. You must make your
13 request in writing, and either mail it or deliver it in person
14 to the Clerk of the Court at 312 North Spring Street, Los
15 Angeles, California 90012. You must also send a copy of your
16 request to the Government in care of United States Attorney,
17 Room 7516AA-Federal Building, 300 North Los Angeles Street, Los
18 Angeles, California 90012, Attention: Financial Litigation Unit,
19 so the Government will know you want the proceeding to be
20 transferred.
21 ///
22 ///
23 ///
24 ///
25
26
27
28

FOR OFFICE USE ONLY

1  Be sure to keep a copy of this notice for your own records.
2  If you have any questions about your rights or about this
3  procedure, you should contact a lawyer, an officer of public
4  legal assistance, or the Clerk of the Court.  The Clerk is not
5  permitted to give legal advice, but can refer you to other
6  sources of information.
7  DATED: February 5 2013.



TERRY NAFISI
CLERK, UNITED STATES DISTRICT COURT

SHEA BOURGEOIS
_____
BY: DEPUTY CLERK

FOR OFFICE USE ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE D. COWEN,<br><br>　　　　Defendant. | ) No. **CV 12-10005-ODW(AJWx)**<br>)<br>) 　[CR 10-0229-ODW]<br>)<br>)<br>)<br>)<br>) **REQUEST FOR HEARING RE**<br>) **GARNISHMENT**<br>)<br>)<br>)<br>) |

❏　I do request a hearing because the property that the Government is taking is exempt, for the reasons checked on the Claim For Exemption form attached to this request.

_____　　Address: _____
Defendant's Signature

Date: _____　　Telephone No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　[Include Area Code]

RETURN THIS REQUEST TO:　　　　　　SEND COPIES OF THIS REQUEST TO:

CLERK, U.S. DISTRICT COURT　　　　　UNITED STATES ATTORNEY'S OFFICE
CENTRAL DISTRICT OF CALIFORNIA　　　CENTRAL DISTRICT OF CALIFORNIA
312 N. SPRING STREET, ROOM G-8　　　300 N. LOS ANGELES STREET STE.7516AA
LOS ANGELES, CA 90012　　　　　　　　LOS ANGELES, CA 90012
　　　　　　　　　　　　　　　　　　　ATTN: FINANCIAL LITIGATION UNIT

**NOTICE TO DEFENDANT DEBTOR ON**

**HOW TO CLAIM EXEMPTIONS**

<u>CRIMINAL EXEMPTIONS</u>

The attached post-judgment process has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. This Notice lists the exemptions under Federal law, as set forth in 18 U.S.C. § 3613(a). There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should (1) fill out the claim for exemption form and (2) deliver or mail the form to the Clerk's Office of the United States District Court, Central District of California <u>and</u> counsel for the United States.

If the United States of America as creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the Claim for Exemption form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

If the Court sets a hearing date, on the day of the hearing you should be ready to explain why your property is exempted. You should present to the Court any documents which may help you prove your case.

# CLAIM FOR EXEMPTION FORM

## CRIMINAL CASE

### [18 U.S.C. § 3613]

I claim that the exemption(s) from garnishment and/or execution which are checked below apply in this case:

___ 1. Wearing apparel and school books as are necessary for the taxpayer or for members of his family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

___ 2. Fuel, provisions, furniture and personal effects, and arms for personal use, livestock, and poultry of the taxpayer, as does not exceed $6,250 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

___ 3. Books and tools necessary for the trade, business or profession of the taxpayer as do not exceed in the aggregate $3,125 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

___ 4. Unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

___ 5. Undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

___ 6.  Annuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10, U.S.C.; 18 U.S.C. § 3613(a)(1); 26 U.S.C. §6334(a)(6).

___ 7.  Workmen's Compensation. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

___ 8.  Child Support. If the taxpayer is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. §3613(a)(1); 26 U.S.C. § 6334(a)(8).

___ 9.  Certain service-connected disability payments. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

___ 10. Assistance under Job Training Partnership Act (29 U.S.C. §§ 1501 et. seq.) 18 U.S.C. § 613(a)(1); 26 U.S.C. § 6334(a)(12).

___  11.  Earnings and Wages.  The maximum part of the aggregate disposable earnings of the debtor which is subjected to garnishment may not exceed 25% of the debtor's disposable earnings for that work week or the amount by which the debtor's disposable earnings or that week exceed 30 times the Federal minimum hourly wage, whichever is less. 18 U.S.C. § 3613(a)(3); 15 U.S.C. § 1673.

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct. I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

_____

_____

Telephone: (___) _____

_____   _____
[Debtor's printed or typed name]   [Signature]

                                   _____
                                   [Date]