1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROBERT I. LESTER
4  Assistant United States Attorney
   California Bar No. 116429
5  robert.lester@usdoj.gov
        Room 7516-AA Federal Building
6       300 North Los Angeles Street
        Los Angeles, CA  90012
7       Telephone: (213) 894-2464
        Fax No.:   (213) 894-5900
8
   Attorneys for Plaintiff
9  United States of America

10                     UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA    )  No. **CV 12-10005-ODW(AJWx)**
14                             )
              Plaintiff,       )     [CR 10-0229-ODW]
15                             )
         v.                    )  **PLAINTIFF'S REQUEST TO TAKE**
16                             )  **THE FEBRUARY 25, 2013 JUDGMENT**
                               )  **DEBTOR EXAMINATION OFF**
17 BRUCE D. COWEN,             )  **CALENDAR, WITHOUT PREJUDICE**
                               )
18            Defendant.       )
                               )
19 _____)  [HON. ANDREW J. WISTRICH]

1      The Court, at Plaintiff's request, previously set the
2 hearing regarding the judgment debtor examination of Defendant
3 in this case for February 25, 2013.  At the time, Defendant was
4 proceeding in *pro se*.  However, Plaintiff's counsel received a
5 voicemail yesterday from an attorney who said that Defendant had
6 just retained his firm to represent Defendant in these
7 proceedings.  The attorney stated that he will be out of town
8 the rest of this week, and requested Plaintiff's counsel to
9 take the judgment debtor examination off calendar, to be re-set,
10 if necessary, after he (Defendant's new attorney) had the
11 opportunity to get familiar with the file.  Plaintiff'S counsel
12 agrees to the request.
13      Accordingly, Plaintiff's counsel requests the Court to take
14 the February 25 hearing regarding the judgment debtor examination
15 off calendar.  Plaintiff's counsel will, if necessary, inform the
16 Court if a hearing regarding a judgment debtor examination should
17 need to be placed back on calendar.

18 DATED:  February 21, 2013.     Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney
                                LEON W. WEIDMAN
                                Assistant United States Attorney
                                Chief, Civil Division


                                  /s/ *Robert I. Lester*
                                ROBERT I. LESTER
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America