ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney (CBN 116429)
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-5900
    E-mail: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE D. COWEN,<br><br>    Defendant. | No. CV 12-10005-ODW(AJWx)<br><br>[CR 10-0229-ODW]<br><br>**NOTICE OF FILING OF ANSWER OF GARNISHEE WELLS FARGO BANK** |

PLEASE TAKE NOTICE that the United States of America is filing the Answer of garnishee Wells Fargo Bank, which is attached hereto as Exhibit 1.

Dated: April 18, 2013.    Respectfully submitted,

ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California, and am readily familiar with the practice of this office for collection and processing collection and mailing. My business address is 300 North Los Angeles Street, Suite 7516AA, Los Angeles, CA 90012.

On April 18, 2013 I served **NOTICE OF FILING OF ANSWER OF GARNISHEE WELLS FARGO BANK** on persons or entities named below by enclosing a copy in a sealed envelope with postage fully prepaid and addressed as shown below and placing the envelope for collection and mailing with the United States Postal Service on the date and at the place shown below following our ordinary office practices.

Date of mailing: April 18, 2013. Place of mailing: Los Angeles, California. Person(s) and/or Entity(ies) To Whom Mailed:

**Defendant's Attorney:**
Jeremy Matz, Esq.
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on: April 18, 2013 at Los Angeles, California.

_____
JACKIE WINKLER

# EXHIBIT 1

IS014913
REQU

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE D. COWEN,<br><br>    Defendant. | No. CV 12-10005-ODW(AJWx)<br><br>[CR 10-0229-ODW]<br><br>**ANSWER OF GARNISHEE**<br><br>[ACCOUNT]<br><br>[WELLS FARGO BANK]<br>WELLS FARGO BANK<br>LEVY PROCESSING<br>MAC S3928-021<br>PO BOX 29779<br>PHOENIX, AZ 85038 |

DECLARANT STATES:
  My name is ___Julia Lopez___ and my address and telephone number is ___480 724-2000___.

1. I am authorized to make this declaration on Garnishee's behalf regarding the Writ of Garnishment received on Garnishee on

___2-12-13___ (date).

IF GARNISHEE IS AN INDIVIDUAL:

_____ is the Garnishee herein doing
    (Name)
business in the name of _____,
                                (State full name and address of business)
IF GARNISHEE IS A PARTNERSHIP:

    The person making this declaration is a member and partner

1 | of the Garnishee, which is a partnership conducted under the name
2 | of _____ at _____.
   |                                       (Address)
3 |
4 | IF GARNISHEE IS A CORPORATION:
5 |     The person making this declaration is the (state official
6 | title) __Agent__ of Garnishee, __Wells Fargo Bank__
7 | a corporation, organized under the laws of the State of _____
8 | __Delaware__.
9 |     2. On __February 2__, 20_13_, Garnishee was served with
10 | the Writ of Continuing Garnishment for the pay period in effect
11 | on the date of service, and has custody, control or possession of
12 | the following property (earnings), in which the debtor has a
13 | nonexempt interest:           **NOTHING TO REPORT**
   | YES  NO
14 |
15 | ___ ___ a.   Defendant was in my/our employ.
16 |         b.   Pay period is: ☐ monthly  ☐ bi-weekly
17 |              ☐ semi-monthly ☐ monthly  ☐ daily.
18 |              Enter date present pay period began: _____
   |              [Present means the pay period in which the Writ
   |              and Notice of Garnishment were served]
19 |
20 |              Enter date above pay period ends: _____
21 |         c.   Enter amount of net wages. Calculate below:
22 |              (1)  Gross pay              $ _____
23 |              (2)  Federal income tax     $ _____
24 |              (3)  F.I.C.A. income tax    $ _____
25 |              (4)  State income tax       $ _____
26 |              Total of tax withholdings   $ _____
27 |              **Net wages**               $ _____
   |              [(1) less total of (2), (3) and (4)]
28 |

3.  The Garnishee has custody, control or possession of the following property (earnings), in which the debtor has a nonexempt interest:   $7703.05

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| a. Checking -1304 | $7516.47 | |
| b. Checking -8794 | $186.58 | |
| c. | | |
| d. | | |

4.  Garnishee anticipates owing to the debtor in the future, the following amounts:

| Amounts | Estimate date or Period Due |
|---|---|
| a. $ | |
| b. $ | NOTHING TO REPORT |
| c. $ | |
| d. $ | |

5.  Is debtor subject to an existing garnishment or levy?
    ☐ Yes          ☒ No

6.  As to that garnishment, or levy, what is the outstanding amount now due and owing?  Balance due $_____   *NOTHING TO REPORT*

7.  If Garnishee is unable to determine the identity of the debtor after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability:

_____NOTHING TO REPORT_____
_____
_____

3

```
 1  _____
 2
 3     8.  Garnishee owed the debtor the sum of $_____
 4  on the date the Writ of Garnishment was served for the following
 5  reasons:           NOTHING TO REPORT
 6  _____
 7  _____
 8     9.  The Garnishee mailed a copy of this Answer by first-
 9  class mail on this date to: (a) the Debtor, Bruce D. Cowen,
10  at
11  and (b) the attorney for the United States, Robert I. Lester,
12  Assistant United States Attorney, Suite 7516AA Federal Building,
13  300 North Los Angeles Street, Los Angeles, California 90012.
14
15     I declare under penalty of perjury that I have read the
16  foregoing document and that the statements made therein are true
17  and correct.
18     Signed this  15  day of  April            , 2013.
19
20
21                              _____
22                                    DECLARANT
```

4